```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
TARA I. ALLEN, Bar #235549
Staff Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
JOSEPH BRAVO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOSEPH BRAVO,<br><br>　　　　　Defendant.<br>_____ | NO. 2:06-MJ-186-DAD<br><br>WAIVER OF DEFENDANT'S PRESENCE<br>PURSUANT TO  FED. R. CRIM. P.<br>43(b)(2); REQUEST FOR APPROVAL OF<br>WAIVER AND ORDER |

**Waiver of Appearance by Defendant**

Pursuant to Rule 43(b)(2), of the Federal Rules of Criminal Procedure, defendant in the above matter hereby waives the right to be present in person in open court at any proceeding in his case, including plea and imposition of sentence.  Defendant hereby requests that the court proceed during his absence and accept his waiver of appearance.  He agrees that his interest will be represented at all proceedings by the presence of his attorney, the same as if defendant were personally present.

**Change of Plea and Waiver of Rights**

Mr. Bravo has been charged in a 2 count information with count one, driving when privilege suspended and revoked, in violation of 18

1 U.S.C. § 13 and California Vehicle Code section 14601.1(a), and count
2 two driving without a valid license in violation of  18 U.S.C. § 13 and
3 California Vehicle Code section 12500(a).  Defendant hereby pleads
4 guilty to driving when privilege suspended and revoked, in violation of
5 18 U.S.C. § 13 and California Vehicle Code section 14601.1.

6     As set forth in more detail in the attached declaration, Defendant
7 understands the nature of the charge and admits and pleads guilty to
8 violating CVC section 14601.1(a).  It is his free and voluntary desire
9 to do so and he acknowledges that he has not been coerced or influenced
10 by any promises made by any person, other than those stated in the
11 written memorandum of plea agreement.

12     Defendant understands that the maximum penalty the Court may
13 impose on count 1 is up to 6 months incarceration and/or a fine of not
14 less than $300 but no more than $1000, count 2 is punishable by up to 6
15 months in prison and/or a fine of $1000, and that the Court must impose
16 a $10 statutory assessment on each count.  He understands that he has a
17 right to set a Court trial on the charge and hereby waives that right.

18 **Request for Approval of Waiver**

19     Mr. Bravo resides in the Bay Area and currently does not hold a
20 valid drivers license.  Therefore, he requires transportation from his
21 76-year old mother who finds it difficult to drive the distance from
22 Hayward, CA to Sacramento, CA.  Additionally, Mr. Bravo is currently
23 unemployed and has no source of income to pay for travel costs.  The
24 parties agree that Mr. Bravo will plead guilty to count 1 of the
25 information charging driving on a suspended license and pay a $350 fine
26 and a special assessment of $10, for a total of $360. In addition, he
27 will serve a one-year term of court probation to terminate on payment
28 of the fine.  The government will move to dismiss count two in the

Information filed June 20, 2006. The defendant understands that the court is not bound by the parties' agreement. Mr. Bravo has prepared a cashiers check addressed to the Clerk of Court to pay the $360 fine and special assessment cost on the day of the court hearing. For these reasons, Mr. Bravo hereby requests that the Court proceed during his absence and accept his waiver of appearance.

Undersigned counsel believes that the case can be fairly and efficiently resolved without Mr. Bravo's presence.

September 5, 2006                              Respectfully submitted,

                                               DANIEL J. BRODERICK
                                               Federal Defender


                                               /s/ Joseph Bravo
Dated: August 28, 2006                         _____
                                               JOSEPH BRAVO
                                               Defendant

   I concur in defendant's waiver and request.

                                               /s/ Tara I. Allen
Dated: September 5, 2006                       _____
                                               TARA I. ALLEN
                                               Staff Attorney


                                               Attorney for Defendant
                                               JOSEPH BRAVO

IT IS SO ORDERED.

DATED: September 5, 2006.

                                               _____
                                               DALE A. DROZD
                                               UNITED STATES MAGISTRATE JUDGE


Ddad1/orders.criminal/bravo0186.ord

3