UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
vs.

CASE/CITATION NO. MAG 06-186 DAD

JOSEPH M. BRAVO

**ORDER TO PAY**

SOCIAL SECURIT·
DATE OF BIRTH:
DRIVER'S LICEN
ADDRESS:

CITY / / STATE ZIP CODE

FILED
4 Way SEP 1 2 2006
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.

DATE: 9/12/2006   _____ for Joe Bravo
DEFENDANT'S SIGNATURE

**YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:**

(X) Fine: $ 350 and a penalty assessment of $ 10 for a TOTAL AMOUNT OF: $ 360 within _____ days/months; or payments of $ _____ per month, commencing _____ and due on the _____ of each month until paid in full.
( ) Restitution: _____
( ) Community Service _____ with fees not to exceed $ _____
completed by
1 year COURT PROBATION, to terminate upon completion of payments
PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to
(circle one):

USDC                              CLERK, USDC                 CLERK, USDC
CENTRAL VIOLATIONS BUREAU (SA)    1130 O STREET, RM 5000      501 "I" STREET
POST OFFICE BOX 740026            FRESNO, CA 93721            SACRAMENTO, CA 95814-2322
ATLANTA, GA 30374-0026

Your check or money order must indicate **your name** and **case/citation number** shown above to ensure your account is credited for payment received.

Date: _____                     DAD
                                  U.S. MAGISTRATE JUDGE

Clerk's Office

FPI-LOM                                                                                    EDCA–3